UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DR. CHRIS BELLEAU, ET AL

VERSUS

BRIDGESTONE/FIRESTONE
NORTH AMERICAN TIRE, LLC
FORMERLY KNOWN AS
BRIDGESTONE/FIRESTONE, INC.

CIVIL ACTION

NO. 05-192-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 29, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendant's motion for summary judgment will be granted.

Baton Rouge, Louisiana, February 27, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA